■ In the Matter of FANCY WINDOWS & DOORS MFG. CORP., Appellant. FEI WU, Respondent. [664 NYS2d 113] —In a proceeding pursuant to Business Corporation Law § 1104-a for judicial dissolution of a closely-held corporation, the appeal is from an order of the Supreme Court, Kings County (Kramer, J.), dated June 28, 1996, which, without a hearing, *inter alia,* ordered dissolution.

Ordered that the order is reversed, on the law, with costs, and the matter is remitted to the Supreme Court, Kings County, for a hearing and a new determination in accordance herewith.

"Section 1104-a of the Business Corporation Law, enacted in 1979, provides minority shareholders in close corporations with protection from oppressive conduct by majority interests" (*Matter of Seagroatt Floral Co. [Riccardi],* 78 NY2d 439, 444). The appropriateness of an order of dissolution pursuant to Business Corporation Law § 1104-a "is in every case vested in the sound discretion of the court considering the application" (*Matter of Kemp & Beatley,* 64 NY2d 63, 73). In the present case, in view of the parties' conflicting assertions, the Supreme Court should have held an evidentiary hearing (*see, Matter of Kemp & Beatley, supra,* at 73-75; *Matter of Rosen [Hofteller Enters.],* 102 AD2d 855; *Matter of Kournianos [H.M.G., Inc.],*

175 AD2d 129; *see also, LaBarbera v D'Amico,* 240 AD2d 640; *Matter of Singer v Evergreen Decorators,* 205 AD2d 694). Ritter, J. P., Copertino, Florio and Luciano, JJ., concur.